✎ AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  PUERTO RICO

UNITED STATES OF AMERICA

V.

**MALVIN PAGAN-SANTIAGO**

**JUDGMENT OF ACQUITTAL**

CASE  04-CR-249 (1)

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

S/ Salvador E. Casellas
Signature of Judicial Officer

Salvador E. Casellas, U.S. District Judge
Name and Title of Judicial Officer

February 24, 2006
Date